# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-348
Lower Tribunal No. 15-770 SP
_____

**Family Health Care Solutions, Inc., a/a/o Sucell Ferrer**,
Appellant,

vs.

**Allstate Property and Casualty Insurance Company**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Law Office of Chad A. Barr, P.A., and Chad A. Barr (Altamonte Springs), for appellant.

Shutts & Bowen LLP and Daniel E. Nordby and Jason Gonzalez (Tallahassee) and Garrett A. Tozier (Tampa), for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

We affirm in part, reverse in part, and remand for further proceedings

consistent with our decision in First Med. & Rehab of Bradenton, LLC v. Allstate Ins. Co., 343 So. 3d 691 (Fla. 3d DCA 2022) (affirming summary judgment in favor of insurer to extent trial court found policy provided sufficient notice of insurer's intent to use statutory fee schedule but reversing in part and remanding for further proceedings because record lacked summary judgment evidence that insurer made payment pursuant to schedule).